LAW OFFICES OF
ERICK L. GUZMAN (SBN 244391)
1430 Guerneville Rd. #3
Santa Rosa, California 95403
T: 707.573.4610; F:707.540.6298
E: elg@guzmanlaw.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR- 11-00453 MAG |
|---|---|
| Plaintiff, | **DECLARATION OF COUNSEL** |
| v. | |
| MARTHA LARA | |
| Defendant. | |

I, Erick Guzman, declare the following:

    1.    I was appointed by this Court to represent Ms. Lara.

    2.    At the arraignment, I objected to the Court's order that Ms. Lara be processed by the United States Marshal's office. Based on the objection, this Court ordered briefing. The parties have since reached an agreement that renders that objection, and the related briefing, moot.

    3.    I withdraw the objection, and ask the Court to vacate the briefing schedule.

I declare under penalty of perjury of the laws of the United States that the forgoing is true and correct.

July 21, 2011                                    /s/ *Erick Guzman*
                                                                     Erick L. Guzman
                                                                     Attorney for Ms. Lara