| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|  | Federal Public Defender |
| 2 | JOHN PAUL REICHMUTH |
|  | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|  | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant LARA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-11-0454-MAG |
|---|---|---|
| | ) | No. CR 11-00453-MAG |
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | HEARING DATE TO AUGUST 2, 2011 |
| | ) | AND TO EXCLUDE TIME UNDER THE |
| | ) | SPEEDY TRIAL ACT AND [PROPOSED] |
| ALFONSO LARA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Hearing Date: July 28, 2011 |
| | ) | Time:         9:30 a.m. |
| MARTHA LARA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The above-captioned matters are set on July 28, 2011 before this Court for a status hearing on detention, consent to magistrate jurisdiction, and further proceedings regarding U.S. Marshals processing. The parties jointly request that the Court continue the matter to August 2, 2011 at 3:00 p.m. for CHANGE OF PLEA AND SENTENCING, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between the date of

Stip. Req. To Continue Hearing Date and to
Exclude Time

1. this stipulation and August 2, 2011.
2. Defense counsel for Martha Lara has a scheduling conflict on July 28 and defense
3. counsel for both cases need additional time to review discovery and discuss the cases with their
4. clients.
5. The parties further stipulate and agree that the ends of justice served by this continuance
6. outweigh the best interest of the public and the defendants in a speedy trial. Accordingly, the
7. parties agree that the period of time from the date of this Stipulation to August 2, 2011, should
8. be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
9. 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the
10. exercise of due diligence.

DATED: July 27, 2011

/S/
_____
AVIVA GILBERT
Law Clerk, United States Attorney's Office

DATED: July 27, 2011

/S/
_____
WADE RHYNE
Assistant United States Attorney

DATED: July 27, 2011

/S/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Alfonso Lara

DATED: July 27, 2011

/S/
_____
ERICK GUZMAN
Counsel for Martha Lara

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given the defense need to review discovery;
2. Given that defense counsel has a scheduling conflict on July 28, 2011;
3. Given that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial;

Based on these findings, IT IS HEREBY ORDERED that the STATUS date of July 28, 2011, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, be vacated and reset for August 2, 2011, at 3:00 p.m. for CHANGE OF PLEA AND SENTENCING.

It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from the date of this stipulation to August 2, 2011.

July 27, 2011

_____
HON. DONNA M. RYU
United States Magistrate Judge